

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
B.D. COOKE & PARTNERS LIMITED, as Assignee of
Citizens Casualty Company of New York (in liquidation)

        Civil Action No.

    Plaintiff,

        **Rule 7.1 Statement**

    -against-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

    Defendant
-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and in order to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants hereby certifies that defendant CERTAIN UNDERWRITERS AT LLOYD'S, LONDON is not a publicly-held corporation or other publicly-held entity and does not have any parent corporation.

Defendants reserve the right, pursuant to Rule 7.1 (b)(2), to amend this statement as appropriate.

Dated: New York, New York
      April 7, 2008

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON

_____
James Veach (JV - 1525)
Joshua L. Milrad (JM - 2105)
MOUND COTTON WOLLAN &
GREENGRASS
Attorneys for defendant Certain
Underwriters at Lloyd's London
One Battery Park Plaza
New York, New York 10004
Tel: (212) 804-4200
Fax: (212) 804-8066

227406.1

To:

John F. Finnegan, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
  - and –
Carey G. Child, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036

Attorneys for B.D. Cooke & Partners Limited

227406.1