AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08 Civ. 3435

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

B.D. COOKE & PARTNERS LIMITED, AS ASSIGNEE OF CITIZENS CASUALTY COMPANY OF NEW YORK (IN LIQUIDATION)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/11/2008 | /s/ John F. Finnegan |
| Date | Signature |
| | John F. Finnegan    JF3336 |
| | Print Name    Bar Number |
| | 30 Rockefeller Plaza |
| | Address |
| | New York    NY    10112 |
| | City    State    Zip Code |
| | (202) 408-5100    (212) 541-5369 |
| | Phone Number    Fax Number |