UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
B.D. COOKE & PARTNERS LIMITED, as Assignee of
Citizens Casualty Company of New York (in liquidation)

        Plaintiff,

        1:08 CIVIL 03435  ( RJH )

    -against-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

        Defendant.
-------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  John F. Finnegan

☒  *Attorney*

  ☒  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    JF-3336

  ☐  I am a Pro Hac Vice attorney

  ☐  I am a Government Agency attorney

☐  *Law Firm/Government Agency Association*

  From:  Cadwalader Wickersham & Taft

  To:  Chadbourne & Parke LLP

  ☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒  *Address:*  30 Rockefeller Plaza  NY NY  10112

☒  *Telephone Number:*  212-408-5180

☒  *Fax Number:*  212-541-5369

☒  *E-Mail Address:*  jfinnegan@chadbourne.com

Dated: April 22, 2008