UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| B.D. COOKE & PARTNERS LIMITED, AS ASSIGNEE OF CITIZENS CASUALTY COMPANY OF NEW YORK (IN LIQUIDATION),<br><br>                                   Plaintiff,<br><br>-against-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>                                   Defendants. | Civil Action No. 08-CIV-3435 (RJH)<br><br>**ELECTRONICALLY FILED**<br><br>**NOTICE OF MOTION OF B.D. COOKE TO REMAND ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION** |

PLEASE TAKE NOTICE that, upon the annexed memorandum of law and affidavits submitted herewith, plaintiff B.D. Cooke, by its attorneys, Chadbourne & Parke LLP, will move this Court before the Honorable Richard J. Holwell, at the United States Court House, 500 Pearl Street, Courtroom 17B, New York, New York, on a date to be determined by the Court, for an order pursuant to 28 U.S.C. § 1447(c) remanding this action to the Supreme Court of New York, County of New York, from which it was improperly removed on or about April 7, 2008, pursuant to the defendants' Notice of Removal.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1447(c), at the same time and place, plaintiff will move that costs, including attorney's fees, be taxed in accordance with the law.

Dated: New York, New York
      May 9, 2008

                                                     CHADBOURNE & PARKE LLP

                                                     By_____
                                                         John F. Finnegan (JFF-3336)
                                                         Attorneys for Plaintiff
                                                         30 Rockefeller Plaza
                                                         New York, New York 10112
                                                         (212) 408-5100

Carey G. Child
Anne Linder
LeeAnn O'Neill
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Of Counsel