UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
B.D. COOKE & PARTNERS LIMITED, as Assignee of
Citizens Casualty Company of New York (in liquidation)

                        Plaintiff,

                    -against-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

                    Defendants.
-----------------------------------------------------------------------X

Civil Action No.
08 Civ. 3435 (RJH)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the annexed Affirmation of James Veach, sworn to May 9, 2008, together with all exhibits attached thereto, the accompanying Memorandum of Law, and all the papers and proceedings had herein, defendants Certain Underwriters at Lloyd's, London, by and through counsel, Mound Cotton Wollan & Greengrass, will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to 9 U.S.C. §205 compelling the plaintiff B.D. Cooke & Partners Limited, as Assignee of Citizens Casualty Company of New York (in liquidation), to arbitrate the claims asserted in its complaint and to stay this case pending arbitration, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
       May 9, 2008

                                      MOUND, COTTON, WOLLAN & GREENGRASS

                                      By_____/s/ James Veach_____
                                          James Veach (JV - 1525)
                                          Joshua L. Milrad (JM - 2105)
                                          Attorneys for defendants
                                               Certain Underwriters at Lloyd's
                                          London
                                          One Battery Park Plaza
                                          New York, New York 10004
                                          Tel: (212) 804-4200
                                          Fax: (212) 804-8066

To:

John F. Finnegan, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112

 - and –

Carey G. Child, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036

Attorneys for B.D. Cooke & Partners Limited

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ss:
COUNTY OF NEW YORK  )

    Jacob Mendelsohn, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over the age of 18 years and resides in Brooklyn, New York.

    That on the 9th day of May, 2008 deponent served upon all parties the annexed NOTICE OF MOTION via the Court's ECF System:

_____
Jacob Mendelsohn

Sworn to Before Me This
9th day of May, 2008

_____
Notary Public

IRENE SIEGEL
Notary Public State of New York
No. 41-4872330
Qualified in Queens County
Commission Expires October 14, 2010