# MOUND COTTON WOLLAN & GREENGRASS
COUNSELLORS AT LAW

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

(212) 804-4200

FAX: (212) 344-8066

WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FT LAUDERDALE, FL

James D. Veach
212-804-4233
jveach@moundcotton.com



May 12, 2008

**Via Hand Delivery**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

Re:   B.D. Cooke & Partners Limited v. Certain Underwriters at Lloyd's, London
      Civil Action No.: 08-CIV-3435 (RJH)
      Our File No.: 3038.001

Dear Judge Holwell:

   Please find enclosed courtesy copies of the Notice of Motion, Affirmation, and Memorandum of Law in Support of the motion of defendants Underwriters at Lloyd's, London (Underwriters) to stay plaintiff B.D. Cooke's (Cooke) action and compel arbitration under the New York Convention.

   Pursuant to Fed. R. Civ. P. Rule 26(f), this Court's Individual Practices, and the Initial Scheduling Conference Notice and Order, Cooke and Underwriters are to attend an initial scheduling conference on June 27, 2008. The parties are also required to prepare a Proposed Case Management plan before the conference.

   In this case, however, Cooke seeks an order remanding its action to the Supreme Court, New York County, and Underwriters seek an order compelling arbitration and staying Cooke's action.

   The parties have conferred and jointly request that the June 27th conference be adjourned to a date after the Court has ruled on either or both of the parties' motions.

MOUND COTTON WOLLAN & GREENGRASS

May 12, 2008
Page 2

  The parties have also conferred with respect to oral argument of their motions and both respectfully request oral argument.

  Finally, Underwriters cited treatises and articles in their memorandum that may not be available on Westlaw or Lexis/Nexis. With the Court's permission, we will make available the cited pages from these articles or books.

                Respectfully,

                [signature]

Enc.

cc: John Finnegan, Esq. (via e-mail)
   Carey Child, Esq. (via e-mail)
   Anne Linder, Esq. (via e-mail)

*[Handwritten note:]* Application Granted. Initial conference adjourned sine die. The Court will schedule oral argument after reviewing the parties' submissions.

SO ORDERED

[signature]