UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

B.D. COOKE & PARTNERS LIMITED, AS
ASSIGNEE OF CITIZENS CASUALTY COMPANY
OF NEW YORK (IN LIQUIDATION),

                Plaintiff,

-against-

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                Defendants.

Civil Action No. 08-CIV-3435 (RJH)

**ORDER ADMITTING
CAREY G. CHILD PRO HAC
VICE ON WRITTEN MOTION**

THIS MATTER having been brought before the Court by John Finnegan, attorney for B.D. Cooke & Partners Limited, as Assignee of Citizens Casualty Company of New York (In Liquidation), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Carey G. Child
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
(202) 974-5600
(202) 974-5602 (fax)

is admitted to practice pro hac vice as counsel for Plaintiff B.D. Cooke & Partners Limited, as Assignee of Citizens Casualty Company of New York (In Liquidation), in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing

(ECF) system; as such, Mr. Child shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   May **15**, 2008
         New York, New York

                                            _____
                                            Judge Richard J. Holwell

2