UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
B.D. COOKE & PARTNERS LIMITED, as Assignee of
Citizens Casualty Company of New York (in liquidation)          Civ. Action No. 08-CIV-3435 (RJH)

Plaintiff,

    -against-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

Defendants.
-------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

MOUND COTTON WOLLAN & GREENGRASS
Attorneys for defendants Certain Underwriters at Lloyd's, London
One Battery Park Plaza
New York, New York 10004
Tel: (212) 804-4200
Fax: (212) 804-8066

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ss:
COUNTY OF NEW YORK  )

Flora Goldman, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and resides in Manhattan, New York.

That on the 16th day of June, 2008 deponent served upon all parties the REPLY DECLARATION OF CHRISTOPHER DAVID PILLER AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON REPLY MEMORANDUM OF LAW via the Court's ECF System:

_____
Flora Goldman

Sworn to Before Me This
16th day of June, 2008

_____
Notary Public

JOSHUA MILRAD
Notary Public, State of New York
No. 02MI6076517
Qualified in New York County
Commission Expires June 24, 20 10