USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/10

Holwell

DEC 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
B.D. COOKE & PARTNERS LIMITED, as Assignee of
Citizens Casualty Company of New York (in liquidation)

        Plaintiff,

-against-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

        Defendant
-----------------------------------------------------------X

Civil Action No.
08 Civ. 3435 (RJH)

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

**PLEASE TAKE NOTICE** that the Parties, through their respective undersigned counsel, have agreed to settle all matters in this action and hereby stipulate and further agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the above-entitled action is dismissed with prejudice and without costs or fees to either party.

This stipulation is made and entered into by all parties to the action. Counsel, whose signatures appear on this stipulation, have their clients' authority to enter into this stipulation of dismissal, with prejudice.

Dated: December 16, 2010
       New York, New York

CHADBOURNE & PARKE LLP

By: _____
Carey G. Child (CC-3286)
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 974-5730
*Attorneys for Plaintiff*
B.D. COOKE & PARTNERS LIMITED, as Assignee of
Citizens Casualty Company of New York (in liquidation)

MOUND, COTTON, WOLLAN & GREENGRASS

By: _____
James Veach (JV-1525)
One Battery Park Plaza, 9th Floor
New York, New York 10004
(212) 804-4200
*Attorneys for Defendants*
CERTAIN UNDERWRITERS AT LLOYDS, LONDON

**SO ORDERED:**

_____
U.S.D.J.  12/16/10